No. 224. LEWIS COX *v.* CHAS. F. DUNN; from Lenoir County. Appeal by defendant. Mr. George Rountree, for plaintiff ; Messrs. Jones & Boykin, for defendant.

*Per Curiam:* Judgment affirmed, March 22, 1898.

No. 225. METTA H. HULLEN *v.* CITY OF WILMINGTON; from New Hanover County. Appeal by defendant. Mr. J. D. Bellamy, for plaintiff ; Messrs. Ricaud & Bryan, for defendant.

*Per Curiam:* Judgment affirmed, March 22, 1898.

No. 229. KILLAM & MOORE *v.* ISAAC BROWN; from Duplin County. Appeal by plaintiffs. Messrs. Jones & Boykin and A. C. Davis, for plaintiffs; Messrs. Stevens & Beasley, for defendant.

*Per Curiam:* Judgment affirmed March 22, 1898.

No. 258. F. M. SORRELL, Executor, *v.* J. M. STINSON et al; from Moore County. Appeal by defendant. Messrs. Douglass & Spencer and Black & Adams, for plaintiff; Messrs. Womack & Hayes, A. P. Gilbert and W. E. Murchison, for defendants.

*Per Curiam:* Appeal dismissed March 23, 1898.

No. 267. NEW HOME SEWING MACHINE COMPANY *v.* B. F. THOMAS; from Monroe County. Appeal by defendant. Messrs. W. C. Douglass and Seawell & Burns, for plaintiff; Mr. W. E. Murchison, for defendant.

*Per Curiam:* Dismissed March 22, 1898, under Rule for failure to print the record.